**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2231**

In re:  ALEXANDER WHITE,

                    Petitioner.

On Petition for Writ of Mandamus.  (5:16-ct-03257-F)

Submitted:  February 16, 2017        Decided:  February 21, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Alexander White, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander White petitions for a writ of mandamus from this court directing the district court to order the state of North Carolina to begin White's parole process immediately. We find the present record does not reveal undue delay in the district court. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED